odsmc13 (4/10)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  Case No. 10−01060

Dawn Ann Marie Sydney

**Debtor**  **Chapter** 13

### ORDER DISMISSING CASE

================================================================================

The debtor(s) having failed to comply with this court's 10/28/2010 Order Denying Application to Pay Filing Fee In Installments and To Show Cause (Dkt. No. 9) and no party in interest having filed a writing with this court showing cause why the case ought not be dismissed, it is hereby

ORDERED that the case is DISMISSED. It is further

ORDERED that the debtor(s) shall not be allowed in any future case to pay the filing fee in installments if the debtor(s) fails to pay the filing fee in this case. It is further

ORDERED that within 60 days of the entry of this order the debtor(s) shall either:

− pay the outstanding balance due, with interest at a rate of 1% per annum accruing 30 days from the date of this order; or

− make arrangements with the clerk of the court to pay the amount due in installments over a period not to exceed 90 days. It is further

    ORDERED the clerk shall refer such claim on the amount outstanding to the Bureau of Financial Management Services for collection if the debtor fails:

– to make payment of the outstanding balance in full, plus interest, within 60 days; or

– to make arrangements to pay the outstanding balance within 60 days; or

– to make any payment pursuant to an arrangement made with the clerk of the court.

Copies to: All Entities on BNC Mailing List.


Dated: 11/15/10                                        For the Court:
                                                                 Clerk of the Court

                                                                 BY:  RJ

# CERTIFICATE OF NOTICE

```
District/off: 0090-1          User: jackson              Page 1 of 1            Date Rcvd: Nov 15, 2010
Case: 10-01060                Form ID: odsmc13           Total Noticed: 10

The following entities were noticed by first class mail on Nov 17, 2010.
db           +Dawn Ann Marie Sydney,    7313 17th Avenue,   Hyattsville, MD 20783-4326
smg           Child Support Services Division,   Office of the Attorney General,
              Judiciary Square 441 4th Street, NW,   5th Floor,   Washington, DC  20001
smg          +Office of Attorney General,   Tax, Bankruptcy, and Finance,   One Judiciary Square,
              441 4th Street, NW,   6th Floor,   Washington, DC 20001-2714
smg           U.S. Attorney's Office,   Civil Division - Judiciary Ct. Building,   555 4th St., N.W.,
              4th Floor,   Washington, DC  20001-2733
544422       +Allied Interstate-A57008310/P47886035,    3000 Coroporate Exchange Dr. 5th flr,
              Columbus, Ohio 43231-7723
544421       +Dominican Management Services- TL36421,   Cashpoint,   6801 Richmond Highway,
              Alexandria, Virginia 22306-1705
544425       +Jerome Stansburg (Washington Gas),   9500 Annapolis Road, Ste. B,   Lanham, MD 20706-2060
544424       +Patrick Keller (Washington Gas),   6801 Industrial Road,   Springfield, VA 22151-4206
544419       +Pepco- 3225 1390 33,   701 Ninth Street, NW,   Washington, DC 20001-4572
544420       +Peroutka/Peroutka, PA-File #: 09-49199-0,   8028 Ritchie Highway-Suite 300,
              Pasadena, MD 21122-1360

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
544423        Washington Gas-2418205049,   101 Constitution Ave., NW,   Washington, DC-20002
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 17, 2010**              **Signature:**        *Joseph Speetjens*